UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY J. BATES,

    Plaintiff,

v.

COVENANT CARE MIDWEST, INC.,

    Defendant.                      No. 14-cv-939-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 6, 2015 (Doc. 24), this case is **DISMISSED** with prejudice.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                  BY:     /s/*Caitlin Fischer*
                                                      Deputy Clerk

Dated:   January 8, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.01.08
11:32:24 -06'00'

APPROVED:
            U. S. DISTRICT JUDGE